E-FILED
Wednesday, 01 July, 2015 02:50:03 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

FILED
JUL - 1 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Peggy A Pendell
Jessica M Taylor et al
Plaintiff,

v.

City of Peoria

Defendant(s).

Case No. 15-1271

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:
Hate crime case law Fraudulent arrest Interference with U.S. Mail.
Illegal seizure of property
Warrantless trespass

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at (mail) 3523 N Knoxville Ave, Peoria, IL; 916 N. 2nd St Chillicothe (office) alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Jim Ardis is employed as a
(a) (Name of First Defendant)

Mayor
(b) (Position/Title)

with City of Peoria, ILLinois.
(c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: Held private meeting entertaining and promoting false allegations against Plaintiffs without access nor opportunity for rebuttals by Plaintiffs and resulting in wrongful seizure of property, demolition of undamaged home, displacement of Plaintiffs, and public support of hate crimes by City staff and Plaintiffs' neighbors.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

Note: Need prioritizaton of acknowledgement of hate crimes against disabled and allegedly disabled citizens, investigations of such hate crimes, and protection/enforcement for such victims. Need public employee training. Need inclusion in City Comprehensive Plan.

**Defendant #2:**

C. Defendant Ross Black is employed as a head of
(a) (Name of Second Defendant)

Community Development, HUD, and Inspections
(b) (Position/Title)

with City of Peoria.
(c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: Seized property; demolition. As per #1 above, misrepresented condition of home in question. Lied to press repeatedly in support of his actions and repeatedly promoting hate crimes. Refused to acknowledge remedy of his demands and conspired with FOIA officer to hide ~~letter outlining the~~ letter by Joe Dulin outlining singular demand to turn water back on, after floods of April-May 2013.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: See above. Need problem-solving policies rather than solely punitive/enforcement approaches.

(2) "Complaint-driven" policies reward hate crimes and need to be changed.

**Defendant #3:**

D. Defendant Syed Ahmad is employed as a
(a) (Name of Third Defendant)

Freedom of Information Act (FOIA) officer
(b) (Position/Title)

with City of Peoria, Illinois.
(c) (Employer's Name and Address)

***Check one of the following:***

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: As FOIA officer, refused to comply with this Plaintiffs request for letter from Joe Dulin which stated our only requirement post-flood was to have water turned back on; failde to identify and/or remedy his conflict of interest in Case 13 MR 342 and as FOIA officer; as counsel for Case 13 MR 342, removed or participated in removal of Judge Dubicki's order of October 16, 2013 and ignored same.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

1.) City Council Members 1-10 gullibly accepted inaccurate information about Plaintiffs and about residence in question, failed to require supportive legislation, and repeated said inaccurate info in support of their actions.

2.) Neighbors A-E, to be subsequently named, perpetrated repeated hate crimes, also to be subsequently documented, as previously reported by Plaintiffs to federal authorities.

3.) Agencies mandated to help with flood + post-flood cleanup after 2013 floods/disasters.

4) Peoria official falsely signed Complaint in 13 MR 342 with no knowledg

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☒ ☐No

B. If your answer to "A" is YES, describe the lawsuit in the space below. ***If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.***

1. Parties to previous lawsuits:

   Plaintiff(s): Peggy A Pendell
   Jessica M Taylor and others

   Defendant(s): City of Peoria et al.

2. Date of Filing:
3. Case Number:
4. Jurisdiction/Court:
5. Name of Judge:
6. Issues Raised:

   } Will provide when available

7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending so far as I know (I have had multiple strokes)
8. Date of Final Disposition: ~~June 5~~

## IV. STATEMENT OF CLAIM

***State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.***

1. On or about June 30, 2014 (month,day,year), at approximately 9⁰⁰

☒ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) Peoria Illinois, in the County of Peoria, in the State of Illinois, at 3523 N. Knoxville Ave (jointly held residence),

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies):*

- ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime; to restrain Plaintiff while crimes were committed
- ☒ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☒ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with necessary medical care;
- ☒ conspired together to violate one or more of plaintiff's civil rights;
- ☒ other *(please explain)*: Knowing that supportive legislation did not exist at the time, conspired together to seize all property of Plaintiffs and demolished home.

2. Plaintiff was charged with one or more crimes, specifically: Wrongfully presumed mental illness; Emergency movement of a vehicle to safety to prevent its theft and/or demolition; wrongful claims that utilities were off.

3. The criminal proceedings *(check the box that applies)*: (Traffic)

- ☐ are still pending.
- ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent. June 5, 2015
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☐ other: ____________________

4. Plaintiff further alleges as follows: ***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***

At some point (time presently unknown) Mayor Ardis and Peoria City Council met privately without public input or access to formulate a decision to wrongfully and illegally demolish ~~the~~ residence of Plaintiffs at 3523 N Knoxville Ave, Peoria IL, for unknown reasons but including the allegation that both residents were "mentally ill," as reported to press at the time. (Elaine Hopkins, ACLU president)

All property of Plaintiffs, located indoors and outdoors except the 2001 Chrysler Sebring that was impounded, was otherwise seized or demolished.

Order by Judge David J. Dubicki allowing said Plaintiffs to reside in said residence was ignored, removed from the file at Peoria County Courthouse, and otherwise distorted. Sheriff McCoy refused to investigate said removal, which is not unprecedented.

City Manager P. Urich has recently gone on public record to request legislation to support demolition of abandoned [sic] and dilapidated [sic] houses. Residence in question was neither abandoned nor dilapidated.

Basis for demolition was "complaints"/hate crimes by neighbors, as per evidence repeatedly presented by Plaintiffs to federal authorities.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

Peg: strokes ~~12/15/14~~ 3/13/15; Hospitalization; loss of all property and of home + billed for same.
Jessica: Nursing home placement

7. Plaintiff asks that this case be tried by a jury. ☒ Yes ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ to be determined to compensate for *(check all that apply)*:

   - ☑ bodily harm
   - ☑ emotional harm
   - ☑ pain and suffering
   - ☑ loss of income (nursing home for Jessica)
   - ☑ loss of enjoyment of life
   - ☑ property damage Rebuild house $250,000 Replace contents $200,000 minimum

2. Punitive Damages: ☑ Yes ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988. (Eligble as hate crimes)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: June 27, 2015

Signature of Plaintiff: Peggy A Pendell

Plaintiff's Name *(print clearly or type)*: Peggy A Pendell

Mailing Address: 3523 N. Knoxville Ave

City: Peoria State: IL Zip: 61603

Plaintiff's Telephone Number: (309) 274-4532

NOTE:
Attempted renting mailbox @ E. Peoria but was physically unable to get to it. E. Peoria mail box now is not a valid address

Alternative/additional address is Plaintiff Pendell's office at 916 N. Second St. Chillicothe, IL 61523

~~4125 N [illegible]~~
~~Peoria, IL 61614~~

WISE
916 N Second St
Chillicothe IL 61523

U.S. POSTAGE
PAID
CHILLICOTHE.IL
61523
JUN 29, 15
AMOUNT
$1.86
00092363-08

UNITED STATES POSTAL SERVICE

1000

61602

To: Clerk of the Court (3rd Floor)
U.S. District Court
Central District
100 N. E. Monroe St.
Peoria IL 61602